KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

<u>Attorney for:</u>
ROLANDO VARGAS

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Salvador Mendoza Jr.)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROLANDO VARGAS,<br><br>          Defendant. | NO. 1:19-CR-2058-SMJ-3<br><br>DEFENDANT'S MOTION TO JOIN AS TO DEFENDANT JUANITA RAMIREZ'S REPLY TO THE GOVERNMENT'S RESPONSE [ECF NO. 114] |

ROLANDO VARGAS, by and through his attorney, Ken Therrien, hereby moves this court for an order permitting him to join in Defendant Juanita Ramirez's Reply Brief (ECF No. 114). Defendant Mr. Vargas submits that the issues presented and argued by Co-Defendant, Juanita Ramirez, apply to issues presented in Mr. Vargas's case.

DEFENDANT'S MOTION TO JOIN AS TO DEFENDANT JUANITA RAMIREZ'S REPLY TO THE GOVERNMENT'S RESPONSE [ECF NO. 114]
Page 1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

RESPECTFULLY submitted this 6th day of April, 2020.

   *s/ Ken Therrien*
KEN THERRIEN, WSBA#20291
Attorney for Rolando Vargas
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DEFENDANT'S MOTION TO JOIN AS TO DEFENDANT JUANITA RAMIREZ'S REPLY TO THE GOVERNMENT'S RESPONSE [ECF NO. 114]
Page  2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that on April 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Patrick Cashman, Assistant United States Attorney

    *s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Rolando Vargas
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DEFENDANT'S MOTION TO JOIN AS TO DEFENDANT JUANITA RAMIREZ'S REPLY TO THE GOVERNMENT'S RESPONSE [ECF NO. 114]
Page  3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991